AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leval, Pierre N. | U.S. Court of Appeals, 2nd Cir | 04/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

40 Foley Square Rm 1901
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member - Emeritus | The American Law Institute |
| 2. | Trustee, Executor | ▭ members |
| 3. | Member - Photography Committee | Museum of Modern Art |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. | Jan.-Dec. | Pollock-Krasner Foundation - advisory |
| 3. | Feb.-July | Dorsky Museum - advisory |
| 4. | Nov.-Dec. | Museum of Art & Design - advisory |
| 5. | Nov.-Dec. | U.S. Institute of Museum & Library Studies - advisory |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | European University Institute | 5/25-26/2012 | Florence, Italy | Conference | Travel/lodging |
| 2. | Yale Law School | 3/28/12 | New Haven, CT | Conference | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MONY | Loan on life insurance policy | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock) | E | Dividend | P1 | T | | | | | |
| 2. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 3. Life Technologies - Common | | None | M | T | | | | | |
| 4. MRO | A | Dividend | J | T | Sold (part) | 02/29/12 | J | | |
| 5. Daimler Chrysler (common) | A | Dividend | J | T | Sold (part) | 06/24/12 | J | | |
| 6. FMC Money Mkt (Dreyfus) | A | Interest | K | T | | | | | |
| 7. FMC Select Fund (common) | C | Dividend | N | T | | | | | |
| 8. FMC Select Fund - (See * in Part VIII) | | None | | | Sold (part) | 01/30/12 | J | | |
| 9. " . * | | None | | | Sold (part) | 02/28/12 | J | | |
| 10. " * | | None | | | Sold (part) | 03/28/12 | J | | |
| 11. " * | | None | | | Buy | 04/02/12 | J | | |
| 12. " * | | None | | | Sold (part) | 04/30/12 | J | | |
| 13. " * | | None | | | Sold (part) | 05/29/12 | J | | |
| 14. " * | | None | | | Sold (part) | 06/28/12 | J | | |
| 15. " * | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 16. " * | | None | | | Sold (part) | 07/27/12 | J | | |
| 17. " * | | None | | | Sold (part) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " ___ * | | None | | | Sold (part) | 09/27/12 | J | | |
| 19. " ___ * | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 20. " ___ * | | None | | | Sold (part) | 10/31/12 | J | | |
| 21. " ___ * | | None | | | Sold (part) | 11/28/12 | J | | |
| 22. " ___ * | | None | | | Sold (part) | 12/28/12 | J | | |
| 23. " ___ * | | None | | | Buy (add'l) | 12/31/12 | J | | |
| 24. " ___ * | | None | | | Buy (add'l) | 04/02/12 | J | | |
| 25. " ___ * | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 26. " ___ * | | None | | | Buy (add'l) | 09/21/12 | J | | |
| 27. " ___ * | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 28. ' ___ * | | None | | | Buy (add'l) | 12/31/12 | J | | |
| 29. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 30. Hershey (common ___ | B | Dividend | M | T | | | | | |
| 31. Smith Barney Liquid Res Fund (common) | B | Dividend | K | T | | | | | |
| 32. Gen. American Inv. (common) (GAM) ___ | C | Dividend | M | T | | | | | |
| 33. Chase Bank (acccount) ___ | A | Interest | J | T | | | | | |
| 34. Chase Bank (acccount) ___ | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citibank account | | None | J | T | | | | | |
| 36. Art Works | | None | L | W | | | | | |
| 37. Chase bank account (trust) | | None | J | T | | | | | |
| 38. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | | | | | |
| 39. FHKCX | A | Dividend | K | T | | | | | |
| 40. FEMKX | A | Dividend | J | T | | | | | |
| 41. FUSVX | A | Dividend | J | T | | | | | |
| 42. FLGEX | A | Dividend | J | T | | | | | |
| 43. HGOCX | | None | J | T | | | | | |
| 44. IHSAX | A | Dividend | J | T | | | | | |
| 45. HNSCX | A | Dividend | J | T | | | | | |
| 46. HIOCX | A | Dividend | J | T | | | | | |
| 47. HCACX | A | Dividend | J | T | | | | | |
| 48. IGNCX | | None | J | T | | | | | |
| 49. TILFX | A | Dividend | K | T | | | | | |
| 50. VTRIX | A | Dividend | J | T | | | | | |
| 51. FNYXX | A | Interest | L | T | Sold (part) | 07/06/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  " * | | None | | | Sold (part) | 08/10/12 | L | | |
| 53.  VDIGX | B | Dividend | M | T | Buy | 07/06/12 | L | | |
| 54.  " * | | None | | | Buy (add'l) | 08/10/12 | L | | |
| 55.  Elizabethton 7.00 7/1/20 | D | Interest | M | T | | | | | |
| 56.  Jacksonville 5.375 8/15/23 | D | Interest | M | T | | | | | |
| 57.  Bd. Man. Guadalupe 5.375 8/15/27 | D | Interest | M | T | | | | | |
| 58.  Detroit Mich Water 5.75 7/1/24 | | None | M | T | Buy | 09/19/12 | M | | |
| 59.  Detroit Water 5.75 7/1/25 | | None | L | T | Buy | 11/28/12 | L | | |
| 60.  Detroit Water 5.75 7/1/26 | C | Interest | L | T | Buy | 02/16/12 | L | | |
| 61.  Detroit Water 5.5 7/1/25 | C | Interest | M | T | Buy | 01/13/12 | M | | |
| 62.  Monroe 5.75 bond 2030 | C | Interest | L | T | | | | | |
| 63.  Monroe 5.75 bond 2035 | C | Interest | L | T | | | | | |
| 64.  E. Rochester 5.375 bond 12/20/22 | D | Interest | M | T | | | | | |
| 65.  E. Rochester 5.00 8/15/27 | C | Interest | L | T | | | | | |
| 66.  Kentucky 6.0 bond 10/1/19 | C | Interest | L | T | | | | | |
| 67.  Louisiana 5.250 7/1/24 | C | Interest | L | T | | | | | |
| 68.  Mahoning 5.5 bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MTA 5.25 4/1/14 bond | D | Interest | N | T | | | | | |
| 70. MTA 5.0 7/1/15 bond | D | Interest | M | T | | | | | |
| 71. MTA 5.625 7/1/16 bond | C | Interest | J | T | Sold (part) | 09/06/12 | K | | |
| 72. Michigan Hosp. bond | C | Interest | L | T | | | | | |
| 73. Mississippi Hosp. bond | B | Interest | L | T | | | | | |
| 74. NYC 5.375 6/1/23 bond | D | Interest | M | T | | | | | |
| 75. NYS Bridge 5.125 1/1/12 bond | A | Interest | | | Sold | 01/04/12 | | | |
| 76. NY Dorm 5.1 2/15/26 bond | D | Interest | M | T | | | | | |
| 77. NY Dorm 6.45 8/15/24 bond | D | Interest | | | Sold | 11/23/12 | L | | |
| 78. NY Dorm 5.25 8/1/25 bond | D | Interest | M | T | | | | | |
| 79. NY Dorm 5.4 2/1/31 bond * | C | Interest | | | Sold (part) | 02/01/12 | J | | |
| 80. " * | | None | | | Sold | 08/02/12 | L | | |
| 81. NY Dorm 5.75 8/1/24 bond | D | Interest | L | T | Sold (part) | 02/01/12 | J | | |
| 82. " * | | None | | | Sold (part) | 08/01/12 | J | | |
| 83. NY Dorm 5.45 8/1/35 bond | C | Interest | L | T | | | | | |
| 84. NY Dorm 5.45 8/1/27 bond | D | Interest | | | Sold | 09/17/12 | M | | |
| 85. NY Dorm 5.95 2016 | B | Interest | J | T | Sold (part) | 02/01/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. " * | | None | | | Sold (part) | 08/01/12 | J | C | |
| 87. NY Dorm 4.9 8/15/2031 | C | Interest | M | T | | | | | |
| 88. NY Dorm 5.0 8/1/2023 | B | Interest | K | T | | | | | |
| 89. NY Dorm 5.625 2012 | C | Interest | | | Sold | 01/18/12 | M | | |
| 90. NY Dorm 5.25 2028 | C | Interest | M | T | | | | | |
| 91. NYS Energy 5.5 bond 1/1/21 | C | Interest | L | T | | | | | |
| 92. NYS Energy 5.15 2016 | C | Interest | L | T | | | | | |
| 93. NYS Envir. 5.125 bond 6/15/19 | D | Interest | M | T | | | | | |
| 94. NYS Mtg. 5.0 4/1/25 * | B | Interest | K | | Sold (part) | 04/30/12 | J | E | |
| 95. " * | | None | | | Sold | 09/27/12 | K | E | |
| 96. NY Mtg Agy 5.15 4/1/17 | B | Interest | K | T | Buy | 01/05/12 | K | | |
| 97. " * | | None | | | Sold (part) | 04/02/12 | J | | |
| 98. " * | | None | | | Sold (part) | 07/23/12 | J | | |
| 99. NY Dorm 6.25 8/15/34 | B | Interest | L | T | Buy | 04/19/12 | L | | |
| 100. NY Dorm 5.0 10/1/26 | B | Interest | L | T | Buy | 07/06/12 | L | | |
| 101. Norfolk 5.75 bond 11/1/13 | B | Interest | | | Sold | 05/04/12 | K | | |
| 102. NC East Mun 5.5 bond 1/1/21 | C | Interest | | | Sold | 07/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NC Med 5.0 6/1/35 | A | Interest | K | T | Buy | 07/13/12 | K | | |
| 104. " * | | None | | | Buy (add'l) | 10/18/12 | L | | |
| 105. Pima 5.0 12/15/36 | C | Interest | L | T | | | | | |
| 106. PR 5.375 7/1/25 | | None | K | T | Buy | 12/19/12 | K | | |
| 107. PR 5.5 7/1/19 | | None | M | T | Buy | 12/21/12 | M | | |
| 108. PR HSG 5.125 12/1/27 | B | Interest | L | T | Buy | 08/23/12 | K | | |
| 109. " * | | None | | | Buy (add'l) | 10/19/12 | K | | |
| 110. RI Dep 6.0 bond 8/1/17 | C | Interest | L | T | | | | | |
| 111. RIS Health 5.5 bond 5/15/16 | C | Interest | L | T | | | | | |
| 112. Sacramento 5.0 bond 12/1/16 | C | Interest | L | T | | | | | |
| 113. St. Paul 5.5 bond 11/1/23 | D | Interest | M | T | | | | | |
| 114. Tomkins Cty 6.0 2014 | D | Interest | | | Sold | 12/20/12 | M | | |
| 115. Triborough 5.25 1/1/13 bond | C | Interest | L | T | | | | | |
| 116. Triborough 5.25 1/1/14 bond | D | Interest | M | T | | | | | |
| 117. Washington 6.25 8/1/28 | D | Interest | M | T | | | | | |
| 118. Washington bond 5.25 8/10/23 | D | Interest | M | T | | | | | |
| 119. Bd. Man. Guadalupe bond 5.375 8/15/27 - | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Califor. 4.9 10/1/13 | C | Interest | L | T | | | | | |
| 121. Detroit 3.75 7/1/31 - | A | Interest | K | T | Buy | 01/18/12 | K | | |
| 122. Detroit 5.75 7/1/25 - | B | Interest | L | T | Buy | 11/28/12 | L | | |
| 123. Fresno 5.75 6/1/26 - | B | Interest | K | T | Buy | 04/10/12 | K | | |
| 124. NY MTA 5.25 4/1/14 bond - | C | Interest | L | T | | | | | |
| 125. Michigan 5.75 8/15/26 | B | Interest | | | Sold | 06/01/12 | K | | |
| 126. Monroe Cty 5.75 2035 ( | C | Interest | L | T | | | | | |
| 127. NYC Mun 5.75 bond     6/15/13 | B | Interest | K | T | Sold (part) | 06/15/12 | K | | |
| 128. NYC bond 5.375 6/1/23 - | C | Interest | L | T | | | | | |
| 129. NY Dorm 5.1 2/15/26 bond - | B | Interest | L | T | | | | | |
| 130. NY Dorm 6.45 8/15/24 bond- | C | Interest | | | Sold | 11/23/12 | L | | |
| 131. NY Dorm 5.25 8/1/25 bond - | C | Interest | L | T | | | | | |
| 132. NY Dorm 6.25 8/15/34 | B | Interest | K | T | Buy | 04/19/12 | K | | |
| 133. NY Dorm 5.0 10/1/26 - | B | Interest | L | T | Buy | 07/06/12 | K | | |
| 134. NY Dorm 4.8 2025 bond ( | B | Interest | K | T | | | | | |
| 135. NYS Energy 5.15 2016 bond ( | C | Interest | L | T | | | | | |
| 136. Norfolk 5.75 bond - | B | Interest | | | Sold | 05/04/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. North Car. 5.5 1/1/21 bond | B | Interest | | | Sold | 07/02/12 | K | | |
| 138. North Car 5.0 6/1/35 - | A | Interest | K | T | Buy | 07/13/12 | K | | |
| 139. RI Health 5.5 bond - | C | Interest | L | T | | | | | |
| 140. Waco TX bond 5.0 8/1/31 - | B | Interest | K | T | | | | | |
| 141. New Providence Assoc. LP fund | E | Dividend | O | T | | | | | |
| 142. JPMorgan Tax Free Bond VANTX | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 04/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* The first line relating to this security reports in Column C the year's end holdings and in Column B the income received during the year from this security. Subsequent lines for the same security report additional purchases and sales. If, as for lines 79, 80 and 94, all holdings of the security were sold, Part (1) of Column C is blank reflecfting the fact that I had no holdings of this security at the year's end.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544